IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JASON PARKER,**     *Petitioner,* | **CIVIL ACTION** |
| v. | |
| **SUPERINTENDENT BRENDA TRITT, THE DISTRICT ATTORNEY OF THE COUNTY OF SETH WILLIAMS,**     *Respondents.* | **NO. 15-5167** |

# O R D E R

**AND NOW**, this          day of              , 2016, upon careful and independent consideration of the petition for a writ of habeas corpus, available state court records, and after review of the Report and Recommendation of the United States Magistrate Judge Wendy Beetlestone, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**;

3. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that a reasonable jurist would debate the correctness of this ruling.  *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

                                                                                **BY THE COURT:**

                                                                                **/S/WENDY BEETLESTONE, J.**

                                                                                _____
                                                                                **WENDY BEETLESTONE, J.**